**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 12, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00415-CR

---

### IN RE JOSEPH JOHNSON, JR., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1234108-A**

---

## MEMORANDUM OPINION

On May 7, 2015, relator Joseph Johnson, Jr. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Harris County District Clerk to provide relator with a complete certified copy of all court transcripts, statements of facts, evidence, and the judgment and sentence from trial court cause number 1234108-A, in the 184th District Court of Harris

County.  Relator contends he requires said records for a potential petition for writ of habeas corpus.

This Court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code.   Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction.  Tex. Gov't Code Ann. § 22.221.  The district clerk is not a district court or county court judge in this Court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this Court's appellate jurisdiction.

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).